NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Law Offices of Ronald Richards & Associates, A.P.C.
Ronald N. Richards (SBN 176246)
P.O. Box 11480, Beverly Hills, CA 90213, (tel.) 310-556-1001

Law Offices of Geoffrey Long, A.P.C.
Geoffrey S. Long (SBN 187429)
1601 N. Sepulveda Blvd., No. 729, Manhattan Beach, CA 90266, (tel.) 310-480-5946

ATTORNEY(S) FOR: Plaintiff LDR INTERNATIONAL LIMITED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff LDR INTERNATIONAL LIMITED
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LDR International Limited | Party Plaintiff / direct pecuniary interest |
| Sara Jacqueline King | Party Defendant / direct pecuniary interest |
| King Family Lending, LLC | Party Defendant / direct pecuniary interest |

February 10, 2023                                       /s/
Date                                                             Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff LDR INTERNATIONAL LIMITED