**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Ronald Richards (SBN 176246)<br>Law Offices of Ronald Richards & Associates, A.P.C.<br>P.O. Box 11480<br>Beverly Hills, CA 90213<br><br>TELEPHONE NO.: (310)556-1001          FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: ron@ronaldrichards.com<br>ATTORNEY FOR *(Name)*: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS:411 West Fourth Street
MAILING ADDRESS:Same
CITY AND ZIP CODE:Santa Ana 92701-4516
BRANCH NAME:Ronald Reagan Federal Building and United States Courthouse

| PLAINTIFF/PETITIONER:LDR INTERNATIONAL LIMITED | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:SARA JACQUELINE KING, ET AL | 8:23-cv-00257-DOC (JDEx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☒ summons

   b. ☒ complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ cross-complaint

   f. ☒ other *(specify documents)*: Standing Order

3. a. Party served *(specify name of party as shown on documents served)*:
   Sara Jacqueline King, an individual

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   8500 W Sunset Blvd OFC., West Hollywood, CA 90069-2333

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:          (2) at *(time)*:

   b. ☒ **by substituted service.** On *(date)*:2/15/23          at *(time)*:  1:30p.m.          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Roman  Surenovich, Front Desk Clerk

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☒ I thereafter mailed (by priority mail, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 2/15/23          from *(city)*: Los Angeles          **or** ☐ a declaration of mailing is attached.

      (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**POS-010**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

     (1)  on *(date):*            (2)  from *(city):*

     (3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

     (4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d.  ☐  **by other means** *(specify means of service and authorizing code section):*

    ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a.  ☒  as an individual defendant.

  b.  ☐  as the person sued under the fictitious name of  *(specify):*

  c.  ☐  as occupant.

  d.  ☐  On behalf of *(specify):*

    under the following Code of Civil Procedure section:

    ☐  416.10 (corporation)        ☐  415.95 (business organization, form unknown)
    ☐  416.20 (defunct corporation)     ☐  416.60 (minor)
    ☐  416.30 (joint stock company/association)    ☐  416.70 (ward or conservatee)
    ☐  416.40 (association or partnership)    ☐  416.90 (authorized person)
    ☐  416.50 (public entity)        ☐  415.46 (occupant)
                           ☐  other:

7.  **Person who served papers**

  a.  Name:  Ronald Richards

  b.  Address:  P.O. Box 11480 Beverly Hills, CA 90213

  c.  Telephone number: (310)556-1001

  d.  **The fee** for service was: $ 0

  e.  I am:

    (1)  ☒  not a registered California process server.

    (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).

    (3)  ☐  a registered California process server:

      (i)  ☐  owner    ☐  employee    ☐  independent contractor.

      (ii)  Registration No.:

      (iii)  County:

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 2/15/23

Ronald Richards
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *Ronald Richards*
_____
(SIGNATURE)

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**    | Print this form |  | Save this form |  | Clear this form |