Ronald N. Richards (SBN 176246)
Morani Stelmach (SBN 296670)
LAW OFFICE OF RONALD RICHARDS & ASSOCIATES, APC
P.O. Box 11480
Beverly Hills, CA  90213
Tel: (310) 556-1001
Fax: (310) 277-3325
E-mail:  ron@ronaldrichards.com

Attorneys for Plaintiff LDR INTERNATIONAL LIMITED, a British Virgin Island corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation; Plaintiff, <br><br> v. <br><br> SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company; <br><br> Defendants. | Case No. 8:23-cv-00257-DOC (JDEx) <br><br> **AMENDED DECLARATION OF DILIGENCE** |

# AMENDED DECLARATION OF RONALD RICHARDS

I, RONALD RICHARDS, declare:

1. I am an attorney admitted to practice before this Court and all Courts of the State of California. I am the attorney for Plaintiff LDR International Limited. I have personal knowledge of the following facts and could testify to these facts if called upon to do so.

2. On February 9, 2023, defendant Sara Jaqueline King reconfirmed her mailing address on her wiring instructions she emailed to me personally.

3. On February 14, 2023 Sara was texting me regarding this matter. She sent me over a dozen texts between 6:32pm and 6:52pm on February 14, 2023 and more texts on February 15, 2023. I drove by her security gated residence but did not enter because I believed she was not home based upon prior communications with Ms. King.

4. On February 14, 2023, she also emailed me as well.

5. On February 15, 2023 at 12:00 p.m. before lunch, I received more texts from Sara King so I staked out the front at the security gated community center in which resides located at 8500 W Sunset Blvd., West Hollywood, CA 90069-2333. Again, there was no one present to allow me to enter the gated community.

6. On February 15, 2023, at 1:30 p.m., I again attempted to serve defendant Sara Jacqueline King at the gated community center in which resides located at 8500 W Sunset Blvd., West Hollywood, CA 90069-2333. The front desk clerk approached me. I identified myself as an attorney leaving a federal summons for Sara King. He brought me to another front desk in one of the AKA buildings and I left the summons on the counter. Roman Surenovich is an adult over 18 in charge of Sara King's mailing address. He was of suitable age and discretion and confirmed he would notify her. The summons and complaint

were served in compliance with both state and federal law.  (See *Bein v. Brechtel-Jochim Group, Inc.,* (1992) 6 Cal.App.4th 1387, 1393 [The person with whom the papers are left *need not* be a member of the family. A *gate guard* at a gated community or a *doorman* in an apartment building is considered a "competent member of the household" (and a person "apparently in charge" of a corporate office;) where they *control access* to the residence.].)

7. I also emailed a copy of the case documents including the summons and complaint to sarajking@gmail.com on February 15, 2023.

8. I also sent a copy of the same documents including the summons and complaint via Priority Mail to Sara Jacqueline King at 8500 W Sunset Blvd., West Hollywood, CA 90069-2333 address on February 15, 2023.

I declare under penalty of perjury under the laws of the United States of America that that the foregoing is true and correct.

Executed on February 15, 2023 in Los Angeles, California.

\s\Ronald Richards
_____
Ronald Richards, Esq.
DECLARANT

AMENDED DECLARATION OF DILIGENCE