Ronald N. Richards (Cal. State Bar No. 176246)
LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
Email: ron@ronaldrichards.com
P.O. Box 11480
Beverly Hills, California 90213
Telephone: (310) 556-1001
Facsimile: (310) 277-3325

Geoffrey S. Long (Cal. State Bar No. 187429)
LAW OFFICES OF GEOFFREY LONG, A.P.C.
Email: glong0607@gmail.com
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, California 90266
Telephone: (310) 480-5946
Facsimile: (310) 796-5663

Attorneys for Plaintiff LDR INTERNATIONAL LIMITED, a British Virgin Island corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company;<br><br>　　　　Defendants. | Case No. 8:23−cv−00257−DOC (JDEx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: 2/21/23 and 2/25/23<br>Current response date: 3/14/23 and 3/20/23<br>New response date: 3/28/23 |

　　　　Pursuant to the United States District, Court Central District of California, Local Rule 8-3, Plaintiff LDR International Ltd. ("Plaintiff") and Defendants Sara Jacqueline King and King Family Lending LLC (collectively, "Defendants") hereby stipulate to extend the time within which Defendants shall answer the Complaint filed in this action.

　　　　WHEREAS, the Complaint was filed in this action on February 11, 2023.

1    WHEREAS, defendant Sara Jacqueline King was served with process, via
2 substitute service, on February 15, 2023, and service was deemed complete on February
3 25, 2023.
4    WHEREAS, defendant Sara Jacqueline King's response to the Complaint is due
5 no later than March 20, 2023.
6    WHEREAS, defendant King Family Lending was served with process, via
7 personal service, on February 21, 2023.
8    WHEREAS, defendant King Family Lending's response to the Complaint is due
9 no later than March 14, 2023.
10    WHEREAS, no prior extensions of time for Defendants to respond to the
11 Complaint have been given.
12    Now, therefore, it is stipulated and agreed by and between Plaintiff and
13 Defendants as follows:
14    Defendants' time to file an answer in response to the Complaint shall be extended
15 to and including March 28, 2023.
16    SO STIPULATED.

DATED: March 8, 2023          LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.

                              By:  / s /  Ronald N. Richards, Esq.
                                   Ronald N. Richards
                                   Attorneys for Plaintiff LDR INTERNATIONAL LIMITED

DATED: March 8, 2023          KING REUBEN, P.C.

                              By:  / s /  Sara J. King, Esq.
                                   Sara J. King
                                   Attorneys for Defendants SARA JACQUELINE KING and KING FAMILY LENDING LLC