SARA J. KING (Cal. State Bar No. 299115)
PRO PER
Email: sarakingproper@gmail.com
P.O. Box 8114
Rancho Santa Fe, California 92067
Tel:    (949) 220-3666

In Pro Per for Defendant SARA J. KING,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation;<br><br>            Plaintiff,<br><br>    v.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company;<br><br>            Defendants.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC;<br><br>            Cross-Claimant,<br><br>    v.<br><br>KAMRAN ABBAS-VAHID, an individual; and DOES 1 to 20, inclusive.<br><br>            Cross-Defendants. | Case No.: **8:23-CV-00257-DOC-JD(Ex)**<br><br>**DEFENDANT SARA JACQUELINE KING'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**<br><br>**[FILED CONCURRENTLY WITH:**<br><br>1) **KING FAMILY LENDING LLC'S ANSWER TO COMPLAINT; AND**<br>2) **CROSSCLAIM AGAINST KAMRAN ABBAS-VAHID**<br><br>Assigned For All Purposes:<br>Hon. David O. Carter |

Defendant Sara Jacqueline King ("KING"), in pro per hereby files her Answer and Defenses to the Complaint filed by LDR International LDR ("Plaintiff") as follows:

1

## PRELIMINARY STATEMENT

In answering the Complaint, KING states that she is responding to allegations on behalf of herself only, even where the allegations pertain to alleged conduct by all Defendants. KING denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

## DEFENDANT SARA JACQUELINE KING'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

## THE PARTIES

In response to the specific allegations in the enumerated paragraphs in the Complaint, KING responds as follows:

1. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1.

2. KING admits that she is an attorney licensed to practice law in the State of California, State Bar Number 299115. KING is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2

3. KING admits that she filed for a California limited liability company called King Family Lending LLC on or about February 7, 2020, with its principal place of business in Orange County, California. KING admits that she is the manager of King Family Lending LLC. KING is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 3.

4. KING admits that she obtained a finance lender's license by the DFPI under license number 60-DBO-111951 effective November 17, 2020. KING is without knowledge or sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 4.

5. KING denies the allegations in Paragraph 5 and Paragraph 5 subsections a, b, c, d, e, f, g, h, and i.

## JURISDICTION AND VENUE

6. To the extent Plaintiff has properly alleged the claims, KING admits that this Court has jurisdiction as to KING. KING denies Plaintiff's entitlement to any relief. KING is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 6.

7. To the extent Plaintiff has properly alleged the claims, KING admits that this venue is proper as to KING. KING denies Plaintiff's entitlement to any relief.

## GENERAL FACTUAL ALLEGATIONS

8. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. KING admits that any borrower documents sent to Plaintiff had borrower's identity redacted to protect identities of borrowers. KING is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 14.

15. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16. KING is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 16.

17. KING admits that she redacted borrowers' identities to protect identities of borrowers. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in remaining allegations in Paragraph 17.

18. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. KING denies misrepresentation to Plaintiff regarding the status of her lending license. KING is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19.

20. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21. KING denies that there were no third-party borrowers or loans to third-parties. KING is without knowledge or information sufficient form a belief as to the truth of the remaining allegations in Paragraph 21.

22. KING denies the allegations in Paragraph 22.

23. KING denies the allegations in Paragraph 23.

24. KING denies the allegations in Paragraph 24.

25. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. KING denies the allegations in allegations in Paragraph 26.

**FIRST CAUSE OF ACTION**
**(Breach of Contract)**

27. KING reasserts and re-alleges her responses and defenses as set forth above in Paragraphs 1 through 26.

28. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

ANSWER TO COMPLAINT 4

29. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

30. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

31. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

32. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

33. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

34. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

35. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

36. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

## SECOND CAUSE OF ACTION
### (Fraud)

37. KING reasserts and re-alleges her responses and defenses as set forth above in Paragraphs 1-36.

38. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

39. KING denies making false representations to Plaintiff. KING is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 37, and including Paragraph 37 subparagraphs A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, and T.

40. KING is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 38.

41. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

42. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

43. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

44. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

45. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

46. KING denies she acted willfully, maliciously and with the intent to cause injury and harm to Plaintiff. KING is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 44.

47. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

48. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

## THIRD CAUSE OF ACTION
**(Civil Theft, Cal. *Penal Code* Section 496)**

49. KING reasserts and re-alleges its responses and defenses as set forth above in Paragraphs 1-48.

50. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

51. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

52. KING is without knowledge or information sufficient to form a belief as to the

52. truth of the allegations in Paragraph 49.

53. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

54. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

55. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

56. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

57. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

### **FOURTH CAUSE OF ACTION**
### (Account Stated)

58. KING reasserts and re-alleges its responses and defenses as set forth above in Paragraphs 1-57.

59. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

60. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

61. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

62. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

63. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

64. KING is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

## RESPONSE TO PRAYER FOR RELIEF

65. KING denies that the Plaintiff is entitled to the relief numerated in Paragraph 1.

66. KING denies that the Plaintiff is entitled to the relief numerated in Paragraph 2.

67. KING denies that the Plaintiff is entitled to the relief numerated in Paragraph 3.

68. KING denies that the Plaintiff is entitled to the relief numerated in Paragraph 4.

69. KING denies that the Plaintiff is entitled to the relief numerated in Paragraph 5.

70. KING denies that the Plaintiff is entitled to the relief numerated in Paragraph 6.

71. KING denies that the Plaintiff is entitled to the relief numerated in Paragraph 7.

72. KING denies that the Plaintiff is entitled to the relief numerated in Paragraph 8.

## RESPONSE TO DEMAND FOR JURY TRIAL

KING admits that the Plaintiff has demanded a trial by jury on all issues so triable. Any allegation in Plaintiff's Complaint not heretofore specifically responded to is hereby denied.

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against KING upon which relief can be granted.

## SECOND DEFENSE

KING asserts that it acted in good faith without intent to harm Plaintiff.

## THIRD DEFENSE

At all relevant times herein, the Plaintiff's alleged damages, which KING denies exist, were aggravated by the failure of the Plaintiff to use reasonable diligence to mitigate the same. Therefore, Plaintiff's recovery, if any, should be barred or decreased by reason of its failure to mitigate alleged losses.

## FOURTH DEFENSE

Plaintiff's damages, if any, were not caused by KING, but by another person or entity for whom or for which KING is not responsible.

## FIFTH DEFENSE

King asserts that there is no contractual relationship or agreement between Plaintiff and KING.

## SIXTH DEFENSE

KING asserts that Plaintiff has through representations or actions waived its right to sue, and therefore cannot sustain this action.

## SEVENTH DEFENSE

KING asserts that Plaintiff has committed a wrongdoing, and this lawsuit is attempting to benefit from this wrongdoing.

## EIGHTH DEFENSE

KING asserts that Plaintiff obtained KING's cooperation for any and all transactions through misrepresentation by Plaintiff.

## NINTH DEFENSE

Plaintiff cannot meet the requirements of Cal. Pen. Code § 496 and therefore not entitled to punitive or statutory damages.

## RESERVATION OF DEFENSES

KING hereby reserves the right to amend her defenses to Plaintiff's Complaint, including, but not limited to, those defenses specifically set forth in Federal Rule of Civil

Procedure 8(c), and as otherwise permitted by law if investigation discovery, and further information should warrant such amendment. KING further reserves the right to request leave to join other parties as necessary.

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's complaint, KING prays that:

(1)   Plaintiff's Complaint be dismissed in its entirety with prejudice, with all costs taxed against Plaintiff;

(2)   KING be dismissed as a party to this action;

(3)   KING recover such other and additional relief as the Court deems just and appropriate.

Respectfully submitted March 28, 2023.

DATED: March, 28, 2023                    SARA JACQUELINE KING

   / s / Sara J. King
Sara Jacqueline King
In Pro Per