**EXHIBIT A**



**EXHIBIT B**






**EXHIBIT C**



**EXHIBIT D**

