**EXHIBIT A**



**EXHIBIT B**







**EXHIBIT C**



**EXHIBIT D**

