UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:23-cv-00257-DOC-JDE                                         Date:  March 29, 2023

Title: LDR INTERNATIONAL LIMITED V. SARA JAQUELINE KING ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER STRIKING DOCUMENTS FROM THE RECORD**

The documents listed below were improperly filed because the named individual is not a party to this action. **IT IS HEREBY ORDERED** that the following documents shall be stricken from the record and shall not be considered by the Court:

- Dkt. 15: Defendant King Family Lending LLC's "Answer, Cross Third-Party Complaint against Kamran Abbas-Vahid"; and

- Dkt. 16: Defendants Sara Jacqueline King and King Family Lending's "Crossclaim against Cross-Defendant Kamran Abbas-Vahid."

Pursuant to Federal Rule of Civil Procedure 14, a defendant "may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it." Fed. R. Civ. P. 14(a)(1). It is the responsibility of the third-party plaintiff to serve the summons and complaint on the third-party defendant and on the first-party plaintiff.

Accordingly, Defendants are ordered to re-file any of the following documents separately: (1) Answer to Plaintiff's Complaint; (2) any third-party complaint. IT IS FURTHER ORDERED that the third-party complaint shall clearly state the basis for this court's jurisdiction over a third-party defendant. Defendants shall file the corrected documents by 12 p.m. PST on April 3, 2023.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu