Ronald N. Richards (Cal. State Bar No. 176246)
LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
Email: ron@ronaldrichards.com
P.O. Box 11480
Beverly Hills, California 90213
Telephone: (310) 556-1001
Facsimile: (310) 277-3325

Geoffrey S. Long (Cal. State Bar No. 187429)
LAW OFFICES OF GEOFFREY LONG, A.P.C.
Email: glong0607@gmail.com
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, California 90266
Telephone: (310) 480-5946
Facsimile: (310) 796-5663

Attorneys for Plaintiff LDR INTERNATIONAL LIMITED, a British Virgin Island corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation;<br><br>    Plaintiff,<br><br>  v.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company;<br><br>    Defendants. | Case No. 8:23−cv−00257−DOC (JDEx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER ALLOWING ISSUANCE AND SERVICE OF THIRD-PARTY BUSINESS RECORD SUBPOENAS** |

///

///

///

///

///

For good cause shown, Plaintiff LDR International Limited's ("Plaintiff") Ex Parte Application for Issuance of an Order Allowing Issuance and Service of Third-Party Business Record Subpoenas is hereby granted.  Plaintiff may immediately, and prior to the Federal Rule of Civil Procedure rule 26(f) conference or the Federal Rule of Civil Procedure rule 16(b) scheduling conference, issue and serve third-party business record subpoenas.

**IT IS SO ORDERED**.

Dated: _____

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1
2
3   Submitted by:
    /s Ronald Richards
4    RONALD RICHARDS
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER ALLOWING ISSUANCE AND SERVICE OF THIRD-PARTY BUSINESS RECORD SUBPOENAS