
Ronald N. Richards (Cal. State Bar No. 176246)
LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
Email: ron@ronaldrichards.com
P.O. Box 11480
Beverly Hills, California 90213
Telephone: (310) 556-1001
Facsimile: (310) 277-3325

Geoffrey S. Long (Cal. State Bar No. 187429)
LAW OFFICES OF GEOFFREY LONG, A.P.C.
Email: glong0607@gmail.com
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, California 90266
Telephone: (310) 480-5946
Facsimile: (310) 796-5663

Attorneys for Plaintiff LDR INTERNATIONAL LIMITED, a British Virgin Island corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation;<br><br>Plaintiff,<br><br>v.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company;<br><br>Defendants. | Case No. 8:23−cv−00257−DOC (JDEx)<br><br>**REQUEST TO CLERK TO ENTER DEFAULT; DECLARATION OF RONALD RICHARDS** |

PLEASE TAKE NOTICE that Plaintiff LDR International Limited ("Plaintiff") hereby requests the Clerk enter default against Defendants Sara King ("King") and King Family Lending LLC ("KFL, collectively, "Defendants").

The Court ordered on March 29, 2023 (Doc#20), that the answer and cross complaint be stricken. (Docs #s 15, 16). The Court gave Defendants until 12:00 p.m. on April 3, 2023 to file new documents. None were filed. The time to answer the

Complaint per the parties' stipulation expired on March 28, 2023.  Since the defendants have violated the March 29, 2023 Order of the Court and have not timely filed new documents, a default against the Defendants should be entered by the Clerk.

DATED: April 3, 2023

LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.

By:    /s/  Ronald N. Richards, Esq.
_____
Ronald N. Richards
Attorneys for Plaintiff LDR INTERNATIONAL LIMITED

## DECLARATION OF RONALD RICHARDS, ESQ.

1. I am the attorney for Plaintiff LDR International Limited ("Plaintiff") and admitted to practice in front of this Court.  The following facts are based on my personal knowledge and if called to do so, I could and would testify thereto.

2. On March 29, 2023, the Court ordered defendants' answer and cross complaint stricken. (Doc#15, Doc#16) A true and correct copy of the order is attached as Exhibit "A".

3. The Court gave defendants until 12:00 p.m. on April 3, 2023 to file a new answer and/or cross complaint and provide a jurisdictional basis.  As of 5:00 p.m, none were served or filed. The defendants are in violation of the Court's order.  A clerk's default should be entered as to both defendants.

I declare under penalty of perjury under the laws of the United States of the America the above to be true and correct dated April 3, 2023.

/s Ronald Richards
_____
Ronald Richards

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:23-cv-00257-DOC-JDE                      Date: March 29, 2023

Title: LDR INTERNATIONAL LIMITED V. SARA JAQUELINE KING ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER STRIKING DOCUMENTS FROM THE RECORD**

The documents listed below were improperly filed because the named individual is not a party to this action. **IT IS HEREBY ORDERED** that the following documents shall be stricken from the record and shall not be considered by the Court:

- Dkt. 15: Defendant King Family Lending LLC's "Answer, Cross Third-Party Complaint against Kamran Abbas-Vahid"; and

- Dkt. 16: Defendants Sara Jacqueline King and King Family Lending's "Crossclaim against Cross-Defendant Kamran Abbas-Vahid."

Pursuant to Federal Rule of Civil Procedure 14, a defendant "may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it." Fed. R. Civ. P. 14(a)(1). It is the responsibility of the third-party plaintiff to serve the summons and complaint on the third-party defendant and on the first-party plaintiff.

Accordingly, Defendants are ordered to re-file any of the following documents separately: (1) Answer to Plaintiff's Complaint; (2) any third-party complaint. IT IS FURTHER ORDERED that the third-party complaint shall clearly state the basis for this court's jurisdiction over a third-party defendant. Defendants shall file the corrected documents by 12 p.m. PST on April 3, 2023.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN