1  Ronald N. Richards (Cal. State Bar No. 176246)
   LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
2  Email: ron@ronaldrichards.com
   P.O. Box 11480
3  Beverly Hills, California 90213
   Telephone: (310) 556-1001
4  Facsimile: (310) 277-3325

5  Geoffrey S. Long (Cal. State Bar No. 187429)
   LAW OFFICES OF GEOFFREY LONG, A.P.C.
6  Email: glong0607@gmail.com
   1601 N. Sepulveda Blvd., No. 729
7  Manhattan Beach, California 90266
   Telephone: (310) 480-5946
8  Facsimile: (310) 796-5663

9  Attorneys for Plaintiff LDR INTERNATIONAL LIMITED, a British Virgin Island corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation;<br><br>Plaintiff,<br><br>v.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company;<br><br>Defendants. | Case No. 8:23−cv−00257−DOC (JDEx)<br><br>**EX PARTE APPLICATION TO CONTINUE STATUS CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RONALD RICHARDS**<br><br>**CURRENT DATE: 4/11/23**<br><br>**PROPOSED DATE: 4/13/23**<br><br>**([Proposed] Order lodged concurrently herewith)** |

PLEASE TAKE NOTICE that Plaintiff LDR International Limited ("Plaintiff") hereby applies ex parte to continue the status conference set for April 11, 2023 at 9:30AM to April 13, 2023 at 9:30AM.

Defendant King is an attorney and is representing herself. Pursuant to Central District Local Rule 7-19, King's contact information is as follows: Sara King (Cal. State Bar No. 299115), email sarakingproper@gmail.com and mauisara88@gmail.com,

sjking@lotzkinglaw.com, sarajking@gmail.com, P.O. Box 8114, Rancho Santa Fe, California 92067, telephone (949) 220-3666. (Declaration of Ronald Richards ("Richards Decl."), attached hereto, at ¶ 3.)

## MEMORANDUM OF POINTS AND AUTHORITIES

On April 4, 2023, this Court issued a status conference notice for April 11, 2023 at 9:30am.  Counsel for Plaintiff has a previously scheduled dental appointment to repair a tooth.  The dentist is leaving the country on a family trip and the appointment cannot be rescheduled.  The appointment is on the East Coast.

The court clerk indicated that April 13, 2023 was available.  Counsel inquired with Ms. King if she would sign a stipulation in the early afternoon.  She did not respond. The clerk indicated a stipulation or motion would be acceptable.  Since Ms. King has not responded to emails recently, Plaintiff's counsel decided it would be best to make the motion as soon as possible.

For these reasons, Plaintiff respectfully requests that the status conference set to be heard on April 11, 2023, at 9:30 a.m. be vacated and a new status conference be set for April 13, 2023 at 9:30 a.m. or any other time convenient for the Court.

DATED: April 5, 2023

LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.

By:  / s /  Ronald N. Richards, Esq.
Ronald N. Richards
Attorneys for Plaintiff LDR INTERNATIONAL LIMITED

# DECLARATION OF RONALD RICHARDS, ESQ.

1.  I am the attorney for Plaintiff LDR International Limited ("Plaintiff") and admitted to practice in front of this Court. The following facts are based on my personal knowledge and if called to do so, I could and would testify thereto.

2.  This declaration is filed in support of Plaintiff's Ex Parte Application to continue the status conference.

3.  Pursuant to Central District Local Rule 7-19, defendant Sara King ("King") is represented in pro per by Sara King (Cal. State Bar No. 299115), email sarakingproper@gmail.com, mauisara88@gmail.com, sjking@lotzkinglaw.com, and sarajking@gmail.com, P.O. Box 8114, Rancho Santa Fe, California 92067, telephone (949) 220-3666.

4.  I have a previously scheduled dental appointment to repair a tooth on April 11, 2023. The dentist is leaving the country on a family trip and the appointment cannot be rescheduled. The appointment is on the East Coast.

5.  I emailed Ms. King on April 4, 2023 in the early afternoon. I did not get a response as of this morning, April 5, 2023.

6.  Due to the hearing being set a week from today, I decided to get the motion on file as I needed enough time to make appropriate travel plans.

7.  The court clerk confirmed the 13th would be an acceptable date to move the status conference to.

I declare under penalty of perjury under the laws of the United States of the America the above to be true and correct dated April 5, 2023.

/s Ronald Richards

_____
Ronald Richards