UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company;<br><br>    Defendants. | Case No. 8:23−cv−00257−DOC (JDEx)<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM APRIL 11, 2023 TO APRIL 13, 2023** |

///
///
///
///
///

1. For good cause shown, the Court hereby GRANTS Plaintiff LDR International
2. Limited's ("Plaintiff") Ex Parte Application to continue the April 11, 2023 status
3. conference to April 13, 2023 at 8:30am.

**IT IS SO ORDERED**.

Dated: April 7, 2023

_David O. Carter_
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE