# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 23-00257-DOC-JDEx                Date: April 13, 2023

Title: LDR International Limited v. Sara Jaqueline King, et al.

PRESENT:  THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Ronald N. Richards | No Appearance |
| Geoffrey S. Long | |

**PROCEEDINGS:**       **STATUS CONFERENCE**

The case is called. The Court and counsel confer.

The Court's order setting scheduling conference to issue.

:       08

Initials of Deputy Clerk: kdu