UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 23-00257-DOC-JDEx                Date: May 8, 2023

Title:  LDR International Limited v. Sara Jaqueline King, et al.

PRESENT:  THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Ronald N. Richards | None Present |
| Geoffrey S. Long | |

**PROCEEDINGS:**        SCHEDULING CONFERENCE

No defendant nor defense representation present.

The case is called. The Court and counsel confer.

The Court GRANTS plaintiff's Ex Parte Application for Order for to be able issue third-party business record subpoenas relating to the fraud in this case [21].

The Court's scheduling order to issue.

:        05
Initials of Deputy Clerk: kdu