1   Ronald N. Richards (SBN 176246)
    LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
2   Email:  ron@ronaldrichards.com
    P.O.  Box 11480
3   Beverly Hills, California 90213
    Telephone:   (310) 556-1001
4   Facsimile:   (310) 277-3325

5   Geoffrey S. Long (Cal. State Bar No. 187429)
    LAW OFFICES OF GEOFFREY LONG, A.P.C.
6   Email:  glong0607@gmail.com
    1601 N. Sepulveda Blvd., No. 729
7   Manhattan Beach, California 90266
    Telephone:   (310) 480-5946
8   Facsimile:   (310) 796-5663

9   Attorneys for Plaintiff LDR INTERNATIONAL LIMITED, a British Virgin Island
    corporation

10
                    UNITED STATES DISTRICT COURT
11
          CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION
12

13   LDR INTERNATIONAL LIMITED, a      )   Case No. 8:23−cv−00257−DOC (JDEx)
     British Virgin Island corporation;   )
14                                         )   **PLAINTIFF'S NOTICE OF MOTION**
                    Plaintiff,             )   **AND MOTION FOR SUMMARY**
15                                         )   **JUDGMENT AGAINST**
              v.                           )   **DEFENDANTS SARA JACQUELINE**
16                                         )   **KING AND KING FAMILY LENDING**
     SARA JACQUELINE KING, an            )   **LLC**
17   individual, and KING FAMILY          )
     LENDING LLC, a California limited    )   **(Fed. R. Civ. P. 56)**
18   liability company;                    )
                                           )   (Filed concurrently with: 1) Memorandum
19                  Defendants.            )   of Points and Authorities; 2) Appendix of
                                           )   Evidence and Declarations; 3) Statement
20                                         )   of Uncontroverted Facts and Conclusions
                                           )   of Law; and 4) Notice of Lodging
21                                         )   Proposed Judgment)
                                           )
22                                         )
                                           )   Date:          October 16, 2023
23                                         )   Time:          8:30 a.m.
                                           )   Courtroom:     10A
24                                         )   Judge:         Judge David O. Carter
                                           )
25                                         )   Trial Date:    January 30, 2024
                                           )
26                                         )
                                           )
27   _____      )

28

TO DEFENDANTS SARA JACQUELINE KING AND KING FAMILY LENDING LLC:

**PLEASE TAKE NOTICE** that on October 16, 2023, at 8:30 a.m., in Courtroom 10A of the United States District Court, Central District of California, Southern Division, Hon. David O. Carter presiding, located at 411 West 4th Street, Santa Ana, California 92701-4516, Plaintiff LDR International Limited ("Plaintiff" or "LDR") will and hereby does move this Court for summary judgment, pursuant to Federal Rule of Civil Procedure 56, on its Complaint against Defendants Sara Jacqueline King ("Sara King") and King Family Lending LLC ("King Lending," collectively "Defendants") and entry of judgment on same.

Pursuant to Local Rule 7-3, on August 30, 2023, Plaintiff's counsel Ronald Richards contacted Defendants, who are in pro per although defendant Sara King is an attorney, via email to Sara King requesting a pre-filing conference of counsel. Defendants never responded to the request, similarly as to when Defendants did not respond to Plaintiff's request for a Rule 26(f) scheduling conference.

This Motion will be, and is made, on the grounds that the undisputed material facts and evidence establish that Plaintiff is entitled to summary judgment on its claims against Defendants for breach of written contracts, fraud, civil theft in violation of California *Penal Code,* section 496, and account stated as a matter of law.  There are no disputed facts as to each element Plaintiff is required to establish on each of its claims. This Motion is further made on the ground that the undisputed material facts and evidence establish that Sara King is the alter ego of King Lending.

The Motion for Summary Judgment is based on this Notice and Motion, the concurrently filed Memorandum of Points and Authorities, the concurrently filed Statement of Uncontroverted Facts and Conclusions of Law, the concurrently filed Appendix of Evidence, any reply brief which may be filed in support of the motion, the files and records in this action, and any further evidence or argument the Court may properly receive at or before the hearing.

1   DATED: September 11, 2023       LAW OFFICES OF RONALD RICHARDS &
2                                     ASSOCIATES, A.P.C.
3
4                                  By: ____/ s /  Ronald N. Richards_____
5                                    Ronald N. Richards
                                    Attorneys for Plaintiff LDR
                                    INTERNATIONAL LIMITED

6   DATED: September 11, 2023       LAW OFFICES OF GEOFFREY LONG,
7                                     A.P.C.
8
9                                  By: ____/ s /  Geoffrey S. Long_____
10                                 Geoffrey S. Long
                                  Attorneys for Plaintiff LDR
11                                 INTERNATIONAL LIMITED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs' Notice of Motion and Motion for Summary Judgment