Ronald N. Richards (SBN 176246)
LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
Email: ron@ronaldrichards.com
P.O. Box 11480
Beverly Hills, California 90213
Telephone: (310) 556-1001
Facsimile: (310) 277-3325

Geoffrey S. Long (Cal. State Bar No. 187429)
LAW OFFICES OF GEOFFREY LONG, A.P.C.
Email: glong0607@gmail.com
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, California 90266
Telephone: (310) 480-5946
Facsimile: (310) 796-5663

Attorneys for Plaintiff LDR INTERNATIONAL LIMITED, a British Virgin Island corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation;<br><br>Plaintiff,<br><br>v.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company;<br><br>Defendants. | Case No. 8:23−cv−00257−DOC (JDEx)<br><br>**NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS SARA JACQUELINE KING AND KING FAMILY LENDING LLC AND OBJECTION TO ANY LATE FILED OPPOSITION**<br><br>**(Fed. R. Civ. P. 56)**<br><br>Date: October 9, 2023<br>Time: 8:30 a.m.<br>Courtroom: 10A<br>Judge: Judge David O. Carter<br><br>Trial Date: January 30, 2024 |

Plaintiffs' Notice of No Opposition to Motion for Summary Judgment

TO DEFENDANTS SARA JACQUELINE KING AND KING FAMILY LENDING LLC:

**PLEASE TAKE NOTICE** that no opposition has been filed to Plaintiff LDR International Limited's ("Plaintiff" or "LDR") Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56, on its Complaint against Defendants Sara Jacqueline King ("Sara King") and King Family Lending LLC ("King Lending," collectively "Defendants").

Plaintiff objects to any opposition that is untimely filed.

DATED: September 29, 2023                LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.


By:  \_\_\_/ s / Ronald N. Richards\_\_\_
            Ronald N. Richards
     Attorneys for Plaintiff LDR
     INTERNATIONAL LIMITED

DATED: September 29, 2023                LAW OFFICES OF GEOFFREY LONG, A.P.C.


By:  \_\_\_/ s / Geoffrey S. Long\_\_\_
            Geoffrey S. Long
     Attorneys for Plaintiff LDR
     INTERNATIONAL LIMITED