JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation;<br><br>Plaintiff,<br><br>v.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company;<br><br>Defendants. | Case No. 8:23−cv−00257−DOC (JDEx)<br><br>**JUDGMENT BY COURT UNDER FEDERAL RULE OF CIVIL PROCEDURE 56 IN FAVOR OF PLAINTIFF LDR INTERNATIONAL LIMITED AGAINST DEFENDANTS SARA JACQUELINE KING AND KING FAMILY LENDING LLC [36]** |

On October 16, 2023, Plaintiff LDR International Limited's ("Plaintiff") Motion for Summary Judgment against Defendants Sara Jacqueline King and King Family Lending LLC (collectively, "Defendants") came on for hearing in Courtroom 10A of the above-captioned Court, Honorable David O. Carter presiding.  Having considered all papers, evidence, and argument in support of and in opposition to the Motion for Summary Judgment and a decision having been duly rendered granting Plaintiff's Motion for Summary Judgment.  Pursuant to *Federal Rules of Civil Procedure*, rules 54

and 56, this final judgment is entered in favor of Plaintiff LDR International Limited against Defendants Sara Jacqueline King and King Family Lending LLC as follows:

    **IT IS ORDERED, ADJUDGED, AND DECREED**:

    1.    Judgment is entered in favor of Plaintiff LDR International Limited against Defendants Sara Jacqueline King and King Family Lending LLC, jointly and severally, on Plaintiff's first claim for breach of written contracts in the amount of $12,158,500.

    2.    Judgment is entered in favor of Plaintiff LDR International Limited against Defendants Sara Jacqueline King and King Family Lending LLC, jointly and severally, on Plaintiff's second claim for fraud in the amount of $10,258,500.

    3.    Judgment is entered in favor of Plaintiff LDR International Limited against Defendants Sara Jacqueline King and King Family Lending LLC, jointly and severally, on Plaintiff's third claim for civil theft in violation of California *Penal Code,* section 496, for treble damages in the amount of $30,775,500.

    4.    Judgment is entered in favor of Plaintiff LDR International Limited against Defendants Sara Jacqueline King and King Family Lending LLC, jointly and severally, on Plaintiff's fourth claim for account stated in the amount of $10,258,500.

    5.    Because the judgment and damages on the foregoing four claims for relief are duplicative, the total principal amount of the Judgment is $30,775,500.

    6.    Plaintiff LDR International Limited is entitled to recover costs and attorneys' fees against Defendants Sara Jacqueline King and King Family Lending LLC, jointly and severally, pursuant to *Federal Rules of Civil Procedure*, rule 54, United States District Court, Central District of California, local rule 54, and California *Penal Code,* section 496(c).

    7.    Plaintiff LDR International Limited shall be entitled to recover post-judgment costs, including attorneys' fees, incurred in executing and enforcing this

Judgment in California or any other state against Defendants Sara Jacqueline King and King Family Lending LLC.

8. Plaintiff LDR International Limited shall be entitled to recover post-judgment interest at the legal rate from Defendants Sara Jacqueline King and King Family Lending LLC until such time as this Judgment is satisfied in full.

9. This Court shall retain jurisdiction to hear any proceeding arising out of this Judgment, including, but not limited to, the determination of a motion for attorneys' fees and costs to be awarded Plaintiff LDR International Limited and any post-judgment motion for enforcement of the Judgment.

10. The Clerk shall enter this Judgment forthwith.

***IT IS SO ORDERED.***

Dated:   October 17, 2023

*[signature: David O. Carter]*
The Honorable David O. Carter
United States District Court Judge