| |
|---|
| **Name, Address, and Phone Number of Attorney(s):**<br>Ronald Richards<br>Law Offices of Ronald Richards & Associates, APC<br>P.O. Box 11480<br>Beverly Hills, CA  90213<br>Office:  310-556-1001   email:  ron@ronaldrichards.com |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LDR INTERNATIONAL LIMITED,<br><br>                                                        Plaintiff(s)<br>v.<br>SARA JACQUELINE KING,<br><br>                                                        Defendant(s) | CASE NUMBER<br><br>8:23-cv-00257-DOC-JDEx<br><br>**ORDER TO APPEAR FOR EXAMINATION OF JUDGMENT DEBTOR RE: ENFORCEMENT OF JUDGMENT** |

The Court, having considered the Application for Appearance and Examination of Judgment Debtor Re: Enforcement of Judgment (Dkt. 40, "Application"), hereby **ORDERS** the Application be **GRANTED** as follows.

**TO**:     Sara Jacqueline King
*(Name of Person Ordered to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before the Honorable   John D. Early   , to:

☒     furnish information to aid in enforcement of a money judgment against you.

---

**Date of appearance**: **November 30, 2023**   **Courtroom:**  **6A**   **Time:** **10:00**        ☒ a.m./☐ p.m.

**Location of Appearance**:     ☒ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA

---

This Order may be served by a Marshal, sheriff, or registered process server. Plaintiff is ordered to file, by November 20, 2023, a proof of service reflecting proper, lawful service of this Order on judgment debtor. If no proper proof of service is filed by that time, the examination will automatically be taken off calendar.

---

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

NOTICE TO JUDGMENT DEBTOR:   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

---

Date: October 23, 2023

*/s/ John D. Early*
JOHN D. EARLY
United States Magistrate Judge