1  Ronald N. Richards (Cal. State Bar No. 176246)
   LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
2  Email:  ron@ronaldrichards.com
   P.O.  Box 11480
3  Beverly Hills, California 90213
   Telephone:  (310) 556-1001
4  Facsimile:   (310) 277-3325

5  Geoffrey S. Long (Cal. State Bar No. 187429)
   LAW OFFICES OF GEOFFREY LONG, A.P.C.
6  Email:  glong0607@gmail.com
   1601 N. Sepulveda Blvd., No. 729
7  Manhattan Beach, California 90266
   Telephone:  (310) 480-5946
8  Facsimile:   (310) 796-5663

9  Attorneys for Plaintiff/Judgment Creditor LDR INTERNATIONAL LIMITED, a
   British Virgin Island corporation

10                    UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

12

13  LDR INTERNATIONAL LIMITED, a          )  Case No. 8:23−cv−00257−DOC (JDEx)
    British Virgin Island corporation;      )
14                                           )  **JUDGMENT CREDITOR'S EX**
                                             )  **PARTE APPLICATION TO ORDER**
15              Plaintiff,                   )  **THE PHYSICAL ADDRESS OF**
                                             )  **JUDGMENT DEBTOR SARA KING;**
16         v.                                )  **MEMORANDUM OF POINTS AND**
                                             )  **AUTHORITIES; DECLARATION OF**
17  SARA JACQUELINE KING, an                 )  **RONALD RICHARDS**
    individual, and KING FAMILY              )
18  LENDING LLC, a California limited        )  **{ADDRESSED TO MAGISTRATE JUDGE}**
    liability company;                       )
19                                           )  **([Proposed] Order lodged concurrently**
              Defendants.                    )  **herewith)**
20                                           )
                                             )
21  _____

22         PLEASE TAKE NOTICE that Plaintiff/Judgment Creditor LDR International

23  Limited ("Judgment Creditor") hereby applies ex parte requesting the Magistrate Judge

24  to issue an order that Defendant/Judgment Debtor Sara King ("Judgment Debtor")

25  provide her current physical residential address where she can be served with process.

26         Judgment Debtor is an attorney and is representing herself in this case.  Pursuant

27  to Central District Local Rule 7-19, Judgment Debtor's contact information is as

28  follows: Sara King (Cal. State Bar No. 299115), email sarakingproper@gmail.com;

1  sarajking@gmail.com, P.O. Box 8114, Rancho Santa Fe, California 92067, telephone
2  (949) 220-3666. (Declaration of Ronald Richards ("Richards Decl."), attached hereto, at
3  ¶ 3.)

## MEMORANDUM OF POINTS AND AUTHORITIES

5      On October 17, 2023, a $30,775,500 Judgment was entered against Judgment
6  Debtor and her company King Family Lending in this action.  Judgment Creditor
7  applied for and an Order to Appear for Examination of Judgment Debtor Re:
8  Enforcement of Judgment ("ORAP") was issued by this Magistrate Judge on October
9  23, 2023.  Judgment Creditor will not be able to timely serve this Court's October 23,
10 2023 ORAP set for November 30, 2023 by today, November 20, 2023, because of the
11 inaccurate information regarding Ms. King's address with the U.S. Post Office and her
12 failure and refusal to respond to counsel's requests for accurate information.

13     Judgment Debtor lists the Rancho Sante Fe post office, a P.O. Box she allegedly
14 shares with her father.  The residential address is required as a condition of having a
15 P.O. Box as set forth in the PS 1093 form.  The residential address of the Judgment
16 Debtor provided to the United States Post Office is inaccurate.  The address of her
17 father, who is her criminal bond surety, is accurate, yet Sara King's is not.  The father
18 stated to the investigator he has not seen her nor does he know her whereabouts.
19 (Richards Decl. ¶9). This is concerning as he is her surety in the criminal case in front of
20 this Magistrate.

21     Judgment Debtor has refused to provide a valid address for counsel to serve court
22 process.  (Richards Decl. at ¶ 4.)  This Court issued the ORAP for Judgment Debtor to
23 appear on November 30, 2023.  The ORAP cannot be served on Judgment Debtor
24 because she provided false information to the U.S. Post Office and refuses to provide an
25 accurate physical address.

26     Judgment Debtor is counsel of record for herself in this case.  She is also a
27 criminal defendant on bond which this Court set in the matter entitled <u>United States of</u>
28 <u>America v. Sara Jacqueline King</u>, United States District Court, Central District of

2

California, Southern Div., Case No. 8:23-cr-00079-DOC, with sentencing set for January 5, 2024.

The information from the U.S. Post Office was retrieved by an investigator. (Richards Decl. ¶6).  It lists an old San Diego home of Judgment Debtor which she sold in 2021 (See Exhibit "A" attached to the Richards Decl.)

*Code of Civil Procedure*, section 1011, provides for service at the address listed by an attorney.  Judgment Debtor appeared in this case as counsel.  She cannot avoid personal service by providing false information to the U.S. Post Office under penalty of perjury.

*Federal Rules of Civil Procedure,* rule 5(b)(2)(D), allows papers to be left with the Court Clerk when the address is unknown.  Judgment Debtor also is being served by ECF notice as well.  She has consented to e-filing and service.

This Court's ORAP is required to be personally served.  Judgment Debtor's failure to act accordingly by not updating her information with the United States Post Office and ignoring multiple emails requesting her residential address is providing her a windfall to avoid service of this Court's orders.

It is baffling that knowing she is going to be sentenced on January 5, 2024, by Judge Carter this issue is being forced to light, but counsel has no other choice than to request this Court's intervention at this time.

Judgment Debtor Sara King cannot appear through a series of fake addresses and sub addresses. The PS 1093, the US Post office box application, requires the information be updated as current.  (See Exhibit "B" attached to the Richards Decl., highlighted section.)

This ex parte application and the requested order are necessary so that Judgment Creditor can timely serve the ORAP on Judgment Debtor.  (Richards Decl. at ¶ 8.)

///

1
2
DATED: November 20, 2023

LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.

3
4
5

By: ___ / s / Ronald N. Richards, Esq.
   Ronald N. Richards
   Attorneys for Plaintiff LDR
   INTERNATIONAL LIMITED

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF RONALD RICHARDS, ESQ.

1.      I am the attorney for Plaintiff/Judgment Creditor LDR International Limited ("Plaintiff" or "Judgment Creditor") and admitted to practice in front of this Court.  The following facts are based on my personal knowledge and if called to do so, I could and would testify thereto.

2.      This declaration is filed in support of Plaintiff's Ex Parte Application to order the physical address of Judgment Debtor/Defendant Sara King ("Defendant" or "Judgment Debtor" or "King").

3.      Pursuant to Central District Local Rule 7-19, Judgment Debtor Sara King is represented in pro per by Sara King (Cal. State Bar No. 299115), email sarakingproper@gmail.com and sarajking@gmail.com, P.O. Box 8114, Rancho Santa Fe, California 92067, telephone (949) 220-3666.

4.      I emailed Ms. King on November 7, 2023, and CC'ed her on an email to this Court on November 10, 2023, regarding the issue with her having inaccurate information with the U.S. Post Office. She has not responded to any attempt to resolve this or have an informal discovery conference.

5.      We will not be able to timely serve this Court's October 23, 2023 Order to Appear for Examination of Judgment Debtor Re: Enforcement of Judgment ("ORAP") set for November 30, 2023 by today, November 20, 2023, because of the inaccurate information regarding Ms. King's address with the U.S. Post Office and her failure and refusal to respond to my requests for accurate information.

6.      Attached are true and correct copies of the information received by my investigator from the United States Post Office for Sara King and Michael King as Exhibit "A".

7.      The address Sara King lists in San Diego is an old address for Sara King. She sold that property on April 2, 2021.

8.      Attached as Exhibit "B" is a true and correct copy of a PS 1093 showing the requirements of a United States Post Office box at the United States Post Office.  I have highlighted the relevant portion.

9.      It was reported to counsel, that Michael King, Sara King's father, was unaware of her whereabouts and did not know where she lived.

I declare under penalty of perjury under the laws of the United States of the America the above to be true and correct dated November 20, 2023.

/s Ronald Richards

_____

Ronald Richards

# EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| **LDR International Limited** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. **8:23-cv-00257-DOC-JDEx** |
| **Sara Jacqueline King, an individual, and King Family Lending LLC, a California limited liability company** | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                              **Sara Jacqueline King**

*(Name of person to whom this subpoena is directed)*

✔ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **your probation forms, current lease for your residence, payments for your lease from 1/1/23 to present, current electric & gas bill, car lease, checking & savings accounts statements from 1/1/23 to present, investment account statements from 1/2/23 to present, and all documents identifying of your current assets. All financial forms you filled out for probation for your sentencing.**

| Place: **Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA 92701-4516, Courtroom 6A** | Date and Time: **11/30/2023 10:00 am** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **10/26/2023**

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | *Ronald Richards* |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **LDR International Limited** , who issues or requests this subpoena, are:

**Ronald Richards, Esq., P.O. Box 11480, Beverly Hills, CA 90213, ron@ronaldrichards.com, 310-556-1001**

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   8:23-cv-00257-DOC-JDEx

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Exhibit 5-2b

## Change of Address or Boxholder Request Format — Process Servers

To: Postmaster Date 11/8/2023

San Diego, CA 92067

City, State, ZIP Code

### REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER INFORMATION
### NEEDED FOR SERVICE OF LEGAL PROCESS

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: Sara King

Address: PO Box 8114, Rancho Santa Fe, CA 92067

**Note:** Only one request may be made per completed form. The name and last known address are required for change of address information. The name, if known, and Post Office box address are required for boxholder information

The following information is provided in accordance with 39 CFR 265.14(d). There is no fee for providing boxholder or change of address information.

1. Capacity of requester (e.g., process server, attorney, party representing self): Process Server

2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or a party acting pro se - except a corporation acting pro se must cite statute): CPLR 308

3. The names of all known parties to the litigation: LDR INTERNATIONAL LTS vs SARA KING, KING FAMILY LENDING

4. The court in which the case has been or will be heard: US District Court

5. The docket or other identifying number (a or b must be completed):
   ✓ a. Docket or other identifying number: 8:23-cv-00257-DOC-JDEx
   ___ b. Docket or other identifying number has not been issued.

6. The capacity in which this individual is to be served (e.g., defendant or witness): Defendant

### WARNING

**THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).**

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in conjunction with actual or prospective litigation.

Signature Address

Oscar G. De Pineres, San Diego, CA 92067

Printed Name City, State, ZIP Code

### POST OFFICE USE ONLY

_____No change of address order on file. NEW ADDRESS OR BOXHOLDER'S NAME

_____Moved, left no forwarding address. POSTMARK AND STREET ADDRESS

_____No such address. _____

_____

_____

Physical box holder address
8163 Lazy River Rd
San Diego, CA 92127

Exhibit 5-2b

## Change of Address or Boxholder Request Format — Process Servers

To: Postmaster Date 11/8/2023

San Diego, CA 92067

City, State, ZIP Code

### REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER INFORMATION
### NEEDED FOR SERVICE OF LEGAL PROCESS

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: Michael King

Address: PO Box 8114, Rancho Santa Fe, CA 92067

**Note:** Only one request may be made per completed form. The name and last known address are required for change of address information. The name, if known, and Post Office box address are required for boxholder information

The following information is provided in accordance with 39 CFR 265.14(d). There is no fee for providing boxholder or change of address information.

1. Capacity of requester (e.g., process server, attorney, party representing self): Process Server

2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or a party acting pro se - except a corporation acting pro se must cite statute):
CPLR 308

3. The names of all known parties to the litigation: LDR INTERNATIONAL LTS vs SARA KING, KING FAMILY LENDING

4. The court in which the case has been or will be heard: US District Court

5. The docket or other identifying number (a or b must be completed):
   ✓ a. Docket or other identifying number: 8:23-cv-00257-DOC-JDEx
   ____ b. Docket or other identifying number has not been issued.
6. The capacity in which this individual is to be served (e.g., defendant or witness): Defendant

### WARNING

**THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).**

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in conjunction with actual or prospective litigation.

Signature Address
Oscar G. De Pineres, San Diego, CA 92067

Printed Name City, State, ZIP Code

### POST OFFICE USE ONLY

_____No change of address order on file. NEW ADDRESS OR BOXHOLDER'S NAME

_____Moved, left no forwarding address. POSTMARK AND STREET ADDRESS

_____No such address. _____

_____

Physical boxholder address
8163 Lazy River Rd
San Diego, CA 92127

# EXHIBIT B

# HOW TO APPLY FOR A PO BOX

Many people have discovered that Post Office Box™ service is a safe, convenient way to receive their mail. Learn all about PO Box™ service on the first two pages of this form. Then, decide whether to apply online or at a Post Office™.

## SELECT A PO BOX SIZE

Across the U.S., Postal Service™ PO Boxes are available in five sizes. However, not all Post Office locations have every size. Be sure to select the right size for your mail volume and schedule.

Our smallest box (Size 1) fits 10–15 letter-sized envelopes or up to two rolled magazines. Start with a Size 2 box if you receive more than 15 mailpieces a week. Size 3, 4, or 5 is recommended if you receive magazines and catalogs.



**Size 1:**
3" X 5.5"

**Size 2:**
5" X 5.5"

**Size 3:**
11" X 5.5"

**Size 4:**
11" X 11"

**Size 5:**
22.5" X 12"

It's easy to find a box that's right for you. Find an available PO Box by going to *www.usps.com/poboxes*.

If you need more room than our largest box provides, ask at your local Post Office about Business Mail Pickup (Caller) Service.

## FEES

To find a PO Box in your area and get fee information, visit *www.usps.com/poboxes*. You may pay your initial PO Box fees online or at the Post Office where the PO Box is located.

## THERE ARE TWO SIMPLE WAYS TO APPLY

**Apply online:** Complete the online application at *www.usps.com/poboxes* and make your first payment with a credit or debit card. (Online registration is not available for Business Mail Pickup (Caller) Service or Qualifying No-Fee box customers.)

**Apply at a Post Office:** Complete pages 3 and 4 and take this whole form to a Post Office most convenient for you. Once we verify your information and receive your payment, we will provide your PO Box address and begin your service.

## ID REQUIRED

Whether you apply online or at a Post Office, **two valid forms of identification** (one photo and one non-photo) are required when you obtain your keys or combination at the Post Office where your box is located. You must present the IDs at a Post Office. One item must contain a photograph and one must be traceable to the bearer (prove your physical address). Both must be current. Acceptable forms of ID include:

**Photo ID Options:**

- Valid U.S. driver's license or state non-driver's identification card
- U.S. Armed forces, government, university, or recognized corporate employee identification card
- Passport, passport card, alien registration card, or certificate of naturalization
- NEXUS or Matricula Consular card.

**Non-Photo ID Options:**

- Current lease, mortgage, or deed of trust
- Voter or vehicle registration card
- Home or vehicle insurance policy

**Note:** Social Security cards, credit cards, and birth certificates are not acceptable forms of ID.

## RENEWAL PAYMENTS

Renewal payments are due the last day of the month your service period ends. If your payment is late, you will not be able to access the mail in your box. After 10 days of nonpayment, we remove the mail, treat it as undeliverable, and close your box. You may also incur a late payment fee. Note that closed PO Boxes are available for new customers immediately, so late payment can lead to loss of your PO Box address. You may renew your PO Box online, at a Post Office, by mail, or a Self-Service Kiosk (SSK). It is your responsibility to pay your renewal fee on time. Convenient payment options are:

**Pay online:** Use a current valid credit or debit card to make a one-time payment or set up automatic renewal payments at *www.usps.com/poboxes*.

**Pay in person:** Pay at the Post Office where your PO Box is located using cash, check, credit card, or debit card, or set up automatic renewal payments (available at most Post Offices). Automatic renewal payment is required for 3-month payment option.

**Pay at any SSK:** Find an SSK at *www.usps.com/locator* or by downloading the mobile application at *www.usps.com/mobile*.

**Pay by mail:** Send a check or money order along with the PO Box number (payable to "U.S. Postal Service") to the postmaster, city, state, and ZIP Code™ where your PO Box is located. Payments by mail must be received by the due date. (Do not send cash by mail.)

## TERMS OF SERVICE

The terms of service are defined exclusively by postal regulations. You may not use PO Box service just to avoid paying forwarding charges or for any purpose prohibited by law or Postal Service regulations. We will immediately terminate PO Box service if used for any unlawful purpose. PO Box service may be provided to minors (unless parents or guardians submit a written objection to the postmaster).

## UPDATING YOUR INFORMATION

The information on your PS Form 1093 must always be current. As soon as any information changes (such as your street address, telephone number, or email address), you are responsible for updating the information. Failure to update your information may result in termination of service. We keep the form on file at the Post Office where you use the service.

## ACCUMULATED MAIL

We encourage you to empty your box regularly. You can make a special arrangement with the postmaster if you are not able to pick up your mail. Complete PS Form 8076, *Authorization to Hold Mail*, or create your request online at *usps.com*, and we'll take care of it. Hold Mail orders are good for only 30 days. If the volume of your incoming mail repeatedly exceeds the capacity of the box you are using, we may require that you use (Caller) Service, change to a larger box (and pay the applicable fees), or apply for one or more additional boxes. Your service may also be suspended. You may also request **Premium Forwarding Service®** to have your mail shipped to you by Priority Mail® service once a week for a fee.

## CHANGE OF ADDRESS

If you choose to discontinue your PO Box service, please complete a change of address form found in the Mover's Guide® available by request from our retail associates or on our website at *www.usps.com/moversguide*. If you use the change of address form, give it to a retail associate or your letter carrier. You may also mail the form to your Post Office. File change of address orders as follows:

**No-Fee PO Boxes:** The PO Box customer or any other person listed on the PS Form 1093 may file an individual change of address order. Only the box customer may file a change of address order for an entire family.

**All other PO Boxes:** Only the box customer who signs the PS Form 1093 may file change of address orders. Forwarding of mail for other persons receiving mail at the box is the responsibility of the box customer.

## PO BOX KEYS

Two keys are issued for key-type PO Boxes. An access code is provided for combination lock-type PO Boxes. At most locations, a refundable deposit is required for each key. If needed, you can obtain additional keys (and pay the applicable fee and deposit). Whenever your box service terminates, return all keys to the Postal Service for a refund of the deposit. Customers must not duplicate PO Box keys.

## PO BOX REFUNDS

Once you have begun using your PO Box, you may request a refund at the Post Office where your box is located. Fees are refunded as follows:

**3-Month Payments (automatic renewal required):**
No refunds

**6-Month Payments:**
Within the first 3 months – ½ the fee paid
After 3 months – no refunds

**12-Month Payments:**
Within the first 3 months – ¾ the fee paid
Within the first 6 months – ½ the fee paid
Within the first 9 months – ¼ the fee paid
After 9 months – no refunds

## BOX SERVICE ADDRESS

We deliver to your PO Box address as printed on your mail, so be sure to provide correct and current address information to your correspondents.

Your PO Box number should appear on a separate line, followed by the Post Office's city, state, and ZIP+4®. When we assign your box number, we will provide the corresponding ZIP+4 code.



**For Official Use: Completed by the Postal Service**

**YOUR NEW BOX NUMBER IS**

**CITY**

**STATE**

**YOUR ZIP+4® IS**

### HOW TO USE THE COMBINATION LOCK

1. Clear the dial by turning **RIGHT** three times and stop on _____

2. Turn **LEFT** and stop the second time around on _____

3. Turn **RIGHT** and stop on _____

4. Turn the latch key **LEFT** to open

Box Number(s) _____

# Application for Post Office Box™ Service
*Fill out all non-shaded fields, and take this application to the Post Office™.*

| | |
|---|---|
| 1. **This service is for** *(Required selection)*: | ❑ Business/Organization Use      ❑ Residential/Personal Use |

2. **Name of Business/Organization** *(if applicable)*:

3. **Name of Person Applying** *(Last, First, MI — include title if representing a business/organization)*:

4. **Address: Number, Street, Suite** _____

_____

City _____      State _____   ZIP+4® _____

Verify initials

| | | |
|---|---|---|
| 5. **Telephone Number** *(Include Area Code)* | 6. | **Email Address** |

7. **Box Size(s) (Required)** *See page 1 for details*      ❑ Size 1      ❑ Size 2      ❑ Size 3      ❑ Size 4      ❑ Size 5

8. Applicant must select and enter the ID Number for two separate forms of valid identification listed below. You must present the IDs at a Post Office. One item must contain a photograph and one must be traceable to the bearer (prove your physical address). Both must be current.

**Select one photo ID:**

❑ Valid U.S. driver's license or state non-driver's ID card

❑ U.S. Armed forces, government, university, or recognized corporate employee ID

❑ Passport, passport card, alien registration card, or certificate of naturalization

❑ NEXUS or Matricular Consular card

**Select one non-photo ID:**

❑ Current lease, mortgage, or deed of trust

❑ Voter or vehicle registration card

❑ Home or vehicle insurance policy

**Photo ID Number:** _____      **Non-Photo ID Number:** _____

Verify initials *(For Post Office Use Only)* _____

9. On the *back of this form*, list the name(s) of all individuals, including members of a business, who will be receiving mail at this (these) PO Box number(s).

10. On the *back of this form*, list the names of the persons or representatives of the business/organization authorized to pick up mail addressed to this (these) PO Box number(s).

**Optional Automatic Renewal Payment — Terms and Agreement (Required for 3-month payment option)**

By initialing below and establishing automatic renewal payments at a Post Office, I hereby authorize the U.S. Postal Service® (USPS®) to charge my credit card for the amount of my designated box size per USPS pricing on the scheduled interval I have selected (i.e., 3, 6, or 12 months). This charge could appear on my credit card statement as early as the 15th of the month prior to the due date. If I provided my email address, I understand that I will receive email notification at least 10 days prior to the actual credit card charge. I will also receive a payment due notice in my PO Box before the payment due date. I understand that I may cancel the automatic payment option any time after the initial application/payment process is complete during the business hours at the Post Office where my box is located. If I do not cancel by the 14th of the month prior to the next payment due date, I understand that the payment will be charged to my credit card. I understand that if the payment cannot be transacted due to incorrect or obsolete payment information or the transaction would exceed the credit limit of the account, or the bank or credit card company rejects/returns the payment request, my PO Box may be closed and any mail received after closure would be returned to the sender. If my PO Box is closed for nonpayment, I understand that I could be charged a late payment fee to reactivate my PO Box service. If there are any changes to my credit card number, billing address, or expiration date, I agree to notify the Post Office where my box is located of these changes. I understand that this agreement will remain in effect until I or USPS terminates the PO Box service. The USPS may receive updated credit card account information from the institution that issued the card identified for payment. If I decide to close my PO Box, I must visit the Post Office where my box is located during business hours. (See the PO Box refund policy for information on refunds.) The USPS may terminate my participation under this automatic payment agreement in the event I provide incorrect, false, or fraudulent account information or if I have any returned payment items.

**Customer Initials** _____      **Billing Address** *(if different from address in 4 above)*:

Number, Street, Suite _____

City _____      State _____   ZIP+4® _____

| Application Date | Number of Keys Issued _____ | Customer Eligible for No-Fee Service<br><br>❑ Yes   ❑ No |
|---|---|---|

**Signature of Applicant** *(Same as item 3)* I certify that all information furnished on this form is accurate, truthful, and complete. I understand that anyone who furnishes false or misleading information on this form or omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment.

_____

Post Office Date Stamp

# Application for Post Office Box™ Service

The Postal Service™ may consider it valid evidence that a person is authorized to remove mail from the box if that person possesses a key or combination to the box.

| 11. Names of individuals (including members of a business) who will be receiving mail at this (these) PO Box number(s) are listed below.<br><br>   a. **Residential/Personal Use –** Each adult listed must present two forms of valid identification to the Post Office.<br><br>   b. **Business/Organization Use –** Each person listed must, upon request, present two forms of valid identification to the Post Office.<br><br>A parent or guardian may receive the mail of minors by listing their names (no ID is required). | 12. Persons or representatives of the business/organization who are authorized to pick up mail addressed to this (these) PO Box number(s) are listed below. All names listed must have verifiable ID and upon request, present this identification to the Postal Service. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Verify initials (for Post Office Use Only)_____ | Verify initials (for Post Office Use Only)_____ |

**Privacy Act Statement:** Your information will be used to provide Post Office Box™ service. Collection is authorized by 39 U.S.C. 401, 403, 404, 407, and 411; 22 U.S.C. 214: 31 U.S.C. 7701.

Supplying your information is voluntary, but if not provided, we may not be able to provide this service to you. We do not disclose your information to third parties without your consent, except to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to agencies and entities to facilitate or resolve financial transactions; to a U.S. Postal Service® auditor; for law enforcement purposes, to labor organizations as required by applicable law; incident to legal proceedings involving the Postal Service; to government agencies in connection with decisions as necessary; to agents or contractors when necessary to fulfill a business function or provide products and services to customers; for customer service purposes; to a federal, state, or local government agency for the performance of its duties; to a person empowered to serve legal process; and to a foreign government agency for violations and alleged violations of law. Information concerning an individual box holder who has filed a protective court order with the postmaster will not be disclosed except pursuant to court order. For more information regarding our privacy policies visit *www.usps.com/privacypolicy.*

©2019 United States Postal Service®. All Rights Reserved. The Eagle Logo, PO Box and Your Other Address are some of the many trademarks of the U.S. Postal Service®.