Ronald N. Richards (Cal. State Bar No. 176246)
LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
Email: ron@ronaldrichards.com
P.O. Box 11480
Beverly Hills, California 90213
Telephone:  (310) 556-1001
Facsimile:  (310) 277-3325

Geoffrey S. Long (Cal. State Bar No. 187429)
LAW OFFICES OF GEOFFREY LONG, A.P.C.
Email: glong0607@gmail.com
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, California 90266
Telephone:  (310) 480-5946
Facsimile:  (310) 796-5663

Attorneys for Plaintiff LDR INTERNATIONAL LIMITED, a British Virgin Island corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company;<br><br>　　　　　Defendants. | Case No. 8:23−cv−00257−DOC (JDEx)<br><br>**[PROPOSED] ORDER GRANTING JUDGMENT CREDITOR'S EX PARTE APPLICATION TO ORDER THE PHYSICAL ADDRESS OF JUDGMENT DEBTOR SARA KING** |

///

///

///

///

///

For good cause shown, Plaintiff LDR International Limited's ("Plaintiff") Ex Parte Application to issue an order that Defendant/Judgment Debtor Sara King ("Judgment Debtor") provide her current physical residential address where she can be served with process is granted.  Judgment Debtor shall provide her current physical residential address by _____.

**IT IS SO ORDERED**.

Dated:                                           _____
                                                          UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Submitted by:
/s Ronald Richards

RONALD RICHARDS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION