# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-00257-DOC (JDEx) | Date | November 30, 2023 |
| Title | LDR International Limited v. Sara Jaqueline King, et al. | | |

**Present: The Honorable** John D. Early, United States Magistrate Judge

| Maria Barr | CS 11/30/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Ronald N. Richards | Sara J. King, Not Present |

**Proceedings:**   Hearing re Service and/or Judgment Debtor Examination (Dkt. 41, 43)

    Case called. Appearance made by counsel for Plaintiff/Judgment Creditor. No appearance by Defendant/Judgment Debtor Sara J. King. After discussion, the Court directs counsel for Plaintiff/Judgment Creditor to lodge with the Court a Proposed Order to Show Cause re Contempt or Other Sanctions regarding Defendant/Judgment Debtor's failure to appear.

    : 25

Initials of Clerk:   mba