Ronald N. Richards (Cal. State Bar No. 176246)
LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
Email: ron@ronaldrichards.com
P.O. Box 11480
Beverly Hills, California 90213
Telephone: (310) 556-1001
Facsimile: (310) 277-3325

Geoffrey S. Long (Cal. State Bar No. 187429)
LAW OFFICES OF GEOFFREY LONG, A.P.C.
Email: glong0607@gmail.com
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, California 90266
Telephone: (310) 480-5946
Facsimile: (310) 796-5663

Attorneys for Plaintiff/Judgment Creditor LDR INTERNATIONAL LIMITED, a British Virgin Island corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation;<br><br>    Plaintiff,<br><br>v.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company;<br><br>    Defendants. | Case No. 8:23−cv−00257−DOC (JDEx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER TO SHOW CAUSE WHY JUDGMENT DEBTOR SARA JACQUELINE KING SHOULD NOT BE HELD IN CONTEMPT OF COURT OR OTHER SANCTIONS**<br><br>**DATE:** DECEMBER 7, 2023<br>**TIME:** 10:00AM<br>**LOCATION:** 6A |

///

///

///

///

**Please take notice that Plaintiff/Judgment Creditor LDR International Limited hereby lodges a proposed order to show cause.**

DATED: November 30, 2023

                                     LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.

                                     By:     / s /  Ronald N. Richards, Esq.
                                     _____
                                     Ronald N. Richards
                                     Attorneys for Plaintiff/Judgment Creditor
                                     LDR INTERNATIONAL LIMITED