Ronald N. Richards (Cal. State Bar No. 176246)
LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
Email: ron@ronaldrichards.com
P.O. Box 11480
Beverly Hills, California 90213
Telephone: (310) 556-1001
Facsimile: (310) 277-3325

Geoffrey S. Long (Cal. State Bar No. 187429)
LAW OFFICES OF GEOFFREY LONG, A.P.C.
Email: glong0607@gmail.com
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, California 90266
Telephone: (310) 480-5946
Facsimile: (310) 796-5663

Attorneys for Plaintiff/Judgment Creditor LDR INTERNATIONAL LIMITED, a British Virgin Island corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| LDR INTERNATIONAL LIMITED, a British Virgin Island corporation;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SARA JACQUELINE KING, an individual, and KING FAMILY LENDING LLC, a California limited liability company;<br><br>　　　　Defendants. | Case No. 8:23−cv−00257−DOC (JDEx)<br><br>**JUDGMENT CREDITOR'S STATUS REPORT IN ADVANCE OF JANUARY 18, 2024 JUDGMENT DEBTOR EXAMINATION OF JUDGMENT DEBTOR SARA JACQUELINE KING**<br><br>**DATE:** **JANUARY 18, 2024**<br>**TIME:** **10:00AM**<br>**LOCATION: 6A** |

　　　　Plaintiff/Judgment Creditor LDR International Limited ("Judgment Creditor") files this status report in advance of the judgment debtor examination ordered for Judgment Debtor Sara Jacqueline King ("Judgment Debtor") on January 18, 2024.

**Brief Procedural History**

To remind the Court of the procedural history up to this point, the following summary relevant to these proceedings is provided:

On October 17, 2023, a Judgment in the amount of $30,775,500 was entered against Judgment Debtor and King Family Lending LLC, jointly and severally.

On October 23, 2023, an Order to Appear for Examination of Judgment Debtor Re: Enforcement of Judgment was issued by this Court ordering Judgment Debtor to appear on November 30, 2023, for her judgment debtor examination.

Judgment Debtor failed to appear for her judgment debtor examination on November 30, 2023.  Judgment Creditor's counsel appeared in person for this examination.

On November 30, 2023, this Court issued an Order to Show Cause Why Sara Jacqueline King Should Not Be Held in Contempt of Court or Other Sanctions which ordered Judgment Debtor to appear on December 7, 2023 ("OSC").

Judgment Creditor's counsel and Judgement Debtor appeared at the December 7, 2023 OSC.  The OSC was discharged and Judgment Debtor was ordered to appear in person on January 18, 2024, at 10:00 a.m. for her judgment debtor examination. Judgment Debtor also acknowledged receipt of document subpoena and agreed to produce all nonprivileged responsive documents to Judgment Creditor's counsel by January 5, 2024.

Judgment Debtor did not produce any documents on January 5, 2024.

Judgment Debtor was served with another document subpoena on January 6, 2024, and has agreed to accept service via email for all purposes.  Said subpoena required production by January 13, 2024.  Again, Judgment Debtor did not produce any documents in response to said subpoena.

Judgment Debtor and counsel for Judgment Creditor had scheduled a telephonic meet and confer for January 16, 2024, to discuss Judgment Debtor's failure to produce

documents in response to the subpoenas.  Less than thirty minutes prior to said meet and confer phone call, Judgment Debtor cancelled the call.

### Judgment Creditor's Plan Re Enforcement of this Court's Orders and the Subpoenas

Judgment Creditor will appear at Judgment Debtor's ORAP on January 18, 2024, for the purposes of conducting the judgment debtor examination, notwithstanding that no documents have been produced.  After oral examination which is possible without documents, Judgment Creditor will request an order compelling Judgment Debtor's compliance with the document subpoena on a date certain and for an order that the ORAP remain open and that Judgment Debtor appear for her continued ORAP at a later date after her document production convenient for the Court and parties.

DATED: January 16, 2024

LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.

By:   / s /  Ronald N. Richards, Esq.
_____
Ronald N. Richards
Attorneys for Plaintiff/Judgment Creditor
LDR INTERNATIONAL LIMITED

DATED: January 16, 2024

LAW OFFICES OF GEOFFREY LONG, A.P.C.

_____
By:   / s /  Geoffrey S. Long
Geoffrey S. Long
Attorneys for Plaintiff LDR INTERNATIONAL LIMITED